No. 158. FROZEN FOOD EXPRESS *v*. UNITED STATES ET AL.;

Nos. 159 and 163. INTERSTATE COMMERCE COMMISSION *v*. FROZEN FOOD EXPRESS ET AL.;

No. 160. AMERICAN TRUCKING ASSOCIATIONS ET AL. *v*. FROZEN FOOD EXPRESS ET AL.;

Nos. 161 and 164. AKRON, CANTON & YOUNGSTOWN RAILROAD CO. ET AL. *v*. FROZEN FOOD EXPRESS ET AL.; and

No. 162. EAST TEXAS MOTOR FREIGHT LINES, INC. ET AL. *v*. FROZEN FOOD EXPRESS ET AL. Appeals from the United States District Court for the Southern District of Texas. Probable jurisdiction noted. *Carl L. Phinney* for Frozen Food Express. *Leo H. Pou* for appellant in No. 159. With him was *Samuel R. Howell* for appellant in No. 163. *Rollo E. Kidwell* for appellants in No. 160. *Peter T. Beardsley* for the American Trucking Associations, Inc., and *Clarence D. Todd* and *Dale C. Dillon* for the Common Carrier Conference Irregular Route et al., appellants in Nos. 160 and 162. *David G. Macdonald* and *Francis W. McInerny* for the East Texas Motor Freight Lines et al., appellants in No. 162. *Joseph H. Hays, Carl Helmetag, Jr.* and *Charles P. Reynolds* for the Akron, Canton & Youngstown Railroad Co. et al.,

appellants in Nos. 161 and 164. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Robert L. Farrington* and *Neil Brooks* for the United States and the Secretary of Agriculture, appellees in Nos. 162, 163 and 164. Reported below: 128 F. Supp. 374.